UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE ROSADO,

                Plaintiff,

– against –

MIDLAND CREDIT MANAGEMENT, INC.,

                Defendant.

**ORDER**

17 Civ. 10140 (ER)

Ramos, D.J.:

Plaintiff Rosado filed his complaint on December 27, 2017.  Doc. 1.  Defendant Midland Credit Management, Inc. filed its answer on February 26, 2018.  Doc. 7.  Counsel for Defendant entered a notice of appearance on October 23, 2018.  Doc. 9.  Since then, there has been no further activity in this case.  Plaintiff is therefore instructed to file a status report by no later than December 3, 2020.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   November 19, 2020
           New York, New York

                                              Edgardo Ramos, U.S.D.J.