UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE ROSADO,

              Plaintiff,

– against –

MIDLAND CREDIT MANAGEMENT, INC.,

              Defendant.

**ORDER**

17 Civ. 10140 (ER)

Ramos, D.J.:

    Plaintiff Rosado filed his complaint on December 27, 2017.  Doc. 1.  Defendant Midland Credit Management, Inc. filed its answer on February 26, 2018.  Doc. 7.  Counsel for Defendant entered a notice of appearance on October 23, 2018.  Doc. 9.

    On November 19, 2020, the Court instructed Plaintiff to file a status report by no later than December 3, 2020, advising that failure to do so could result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  Doc. 10.  Plaintiff has not done so as of the date of this Order.

    Accordingly, the Court dismisses this case with prejudice pursuant to Fed. R. Civ. P. 41(b).  The clerk of the court is respectfully directed to close this case.

    It is SO ORDERED.

Dated:   February 10, 2021
             New York, New York

                                                          Edgardo Ramos, U.S.D.J.